UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

EL TORO LOCO CHURRASCARIA, LLC,
a Florida limited liability company,
and ETLC TRADEMARKS, LLC,
a Florida limited liability company,

        Plaintiffs,

v.

OUNZE CORPORATE, LLC, a Florida
limited liability company d/b/a
Ole.Ole Steakhouse,
CATALINA GAMBOA ORTEGA,
an individual, and
EDUARDO HERNANDEZ,
an individual,

        Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, OUNZE CORPORATE, LLC d/b/a Ole.Ole. Steakhouse ("Ounze"), by and through the undersigned counsel and pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Ounze states as follows.

### Procedural History

1. On March 22, 2021, Plaintiffs EL TORO LOCO CHURRASCARIA, LLC, and ETLC TRADEMARKS, LLC (collectively, "Plaintiffs") filed a Complaint and Demand for Jury Trial against Defendants in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned as *El Toro Loco Churrascaria, LLC, ETLC*

*Trademarks, LLC., v. Ouzne Corporate, LLC, d/b/a Ole.Ole Steakhouse, Catalina Gamboa Ortega, and Eduardo Hernandez*, Case No. 2021-007052-CA-01 (the "State Court Action").

2. Ounze has not filed any pleadings or motions pursuant to this action prior to the filing of this Notice of Removal, and the record does not show that any of the defendants to this action have been served with process.

## Grounds for Removal

3. Removal of the State Court Action is proper under 28 U.S.C. § 1441, *et seq.* and 28 U.S.C. § 1331 (federal question) because the Complaint includes claims arising under the laws of the United States, namely, 15 U.S.C. § 1125.

4. This Court may exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over the remaining claims alleged in the Complaint because those claims form part of the same case and controversy as those claims asserted under 15 U.S.C. § 1125.

## The Procedural Requirements for Removal Have Been Satisfied

5. This Notice of Removal is timely. The record in this case reflects that no defendant in this action has been served with the complaint. Further, the date on or before which Ounze is required by the laws of the State of Florida to answer or otherwise respond to the Complaint has not lapsed. *See* Fla. R. Civ. P. 1.140(a).

6. Copies of all process, pleadings, and orders are attached hereto as Exhibit "A".

7. Promptly after its filing, Ounze's counsel will give written notice of this Notice of Removal to Plaintiff's counsel and file a copy of this Notice of Removal with the clerk of courts for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in accordance with 28 U.S.C. § 1446(d).

8. This Notice of Removal is signed by the undersigned counsel for Ounze pursuant to Federal Rule of Civil Procedure 11.

**Non-Waiver of Defenses**

9. By removing the State Court Action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Ounze does not waive any defenses, counterclaims, cross-claims, or third-party claims that it may have, nor does it admit any of the allegations contained within the Complaint.

WHEREFORE, Defendant, OUNZE CORPORATE, LLC d/b/a Ole.Ole. Steakhouse, respectfully removes the above-captioned action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Dated: May 12, 2021                              *Respectfully submitted,*

                                            **HIRZEL DREYFUSS & DEMPSEY, PLLC**
*Counsel for Defendant*
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Telephone: (305) 615-1617
Facsimile No.   (305) 615-1585

By: */s/ Alec P. Hayes*
**LEON F. HIRZEL**
Florida Bar No.: 085966
Email: hirzel@hddlawfirm.com
**ALEC P. HAYES**
Florida Bar No.: 1015314
Email: hayes@hddlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2021 the foregoing document has been served, via the Florida e-filing portal and the CM/ECF e-filing system, to all counsel and parties of record maintained by the Court in this case.

                                                  By: */s/ Alec P. Hayes*
                                                        **ALEC P. HAYES**