UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21811-COOKE/DAMIAN

EL TORO LOCO CHURRASCARIA, LLC,
a Florida for profit Limited Liability Company,
and ETLC TRADEMARKS, LLC, a Florida
for profit Limited Liability Company,

Plaintiffs,

vs.

OUNZE CORPORATE, LLC, a Florida for
profit Limited Liability Company d/b/a
Ole.Ole Steakhouse, CATALINA GAMBOA
ORTEGA, an individual, and EDUARDO
HERNANDEZ, an individual,

Defendants.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION TO STRIKE THE AMENDED COMPLAINT

**THIS MATTER** is before the Court on Defendant Ounze Corporate, LLC's Motion to Strike or, in the Alternative, to Dismiss Plaintiffs' Amended Complaint (the "Motion") (ECF No. 22). Plaintiffs filed a response in opposition to the Motion. ECF No. 30. And Defendant Ounze Corporate, LLC filed a reply in support of the Motion. ECF No. 32. Accordingly, the Motion is ripe for adjudication.

The Court having reviewed the Motion, the briefing related thereto, the relevant law, and being duly advised, finds, for the reasons discussed below, that the Motion should be granted.

Under Federal Rule of Civil Procedure 15(a)(1), a plaintiff may amend their pleading once, as a matter of course, within twenty-one days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1). Here, Defendant Ounze Corporate, LLC filed its Motion to Dismiss on June 8, 2021. ECF No. 14. Therefore, the deadline for Plaintiffs to file their Amended Complaint, without requesting leave of court, was June 30, 2021 – at the latest. Plaintiffs, however, filed their Amended Complaint – without seeking leave of Court – on July 6, 2021.

1

This is violative of Rule 15(a)(1). Therefore, to ensure that the Federal Rules of Civil Procedure have force and effect, the Court must grant Defendant's Motion to Strike Plaintiffs' Amended Complaint for failure to comply with Rule 15(a)(1).[1] Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant Ounze Corporate, LLC's Motion to Strike or, in the Alternative, to Dismiss Plaintiffs' Amended Complaint is **GRANTED**.
2. Plaintiffs' Amended Complaint is **STRICKEN**.
3. The Motion to Dismiss the Amended Complaint filed by Defendants Eduardo Hernandez and Catalina Gamboa (ECF No. 31) is **DENIED AS MOOT**.
4. Plaintiffs are directed to file an amended complaint within **fourteen days** of the date of this Order. Plaintiffs, however, are cautioned that any amended pleading must comply with Rule 8(a) and the U.S. Supreme Court's dictates in *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). As such, any amended complaint must provide the "grounds" for "entitle[ment] to relief," and must contain "more than labels and conclusions, [as] a formulaic recitation of the elements of a cause of action will not do." *Id.* (citing *Papasan v. Allain*, 478 U.S. 265, 286 (1986)).
5. Finally, the Parties are reminded that, in accordance with the Court's Order of Referral and Order Regarding Court Practices and Procedures (ECF No. 21), they must meet and confer within five (5) days of service of a motion to dismiss to determine whether Plaintiffs can resolve the issue(s) outlined in the motion by amending the complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). ECF No. 21. And any response in opposition to a motion to dismiss must include a certification of compliance with the Court's Order of Referral and Order Regarding Court Practices and Procedures. *See id.* Failure to meet and confer in good faith or otherwise comply with that order may result in sanctions, including dismissal of this action. *Id.*

---

[1] On a separate note, the Parties are reminded that discovery is *not* automatically stayed by the filing of a motion to dismiss. Indeed, a party seeking to stay discovery must file an appropriate motion requesting such relief.

**DONE and ORDERED** in Chambers at Miami, Florida this 7th day of March 2022.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*
*Melissa Damian, U.S. Magistrate Judge*
*All counsel of record*