**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:21-cv-21811-MGC

EL TORO LOCO CHURRASCARIA, LLC,
a Florida limited liability company, and
ETLC TRADEMARKS, LLC, a Florida
limited liability company,

  Plaintiffs,

v.

OUNZE CORPORATE, LLC, a Florida
limited liability company d/b/a Ole.Ole
Steakhouse, CATALINA GAMBOA
ORTEGA, an individual, and EDUARDO
HERNANDEZ, an individual,

  Defendants.

_____/

## MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFFS EL TORO LOCO CHURRASCARIA, LLC AND ETLC TRADEMARKS, LLC

  Plaintiffs EL TORO LOCO CHURRASCARIA, LLC and ETLC TRADEMARKS, LLC's (collectively "Plaintiffs") counsel, Michael D. Braunstein, Esq. and Zarco, Einhorn, Salkowski, P.A., move this honorable Court for the entry of an Order: (1) granting the Motion to Withdraw, and (2) relieving the undersigned of all further responsibility in this case, and in support thereof, state as follows:

  1. The undersigned was retained by Plaintiffs as co-counsel for representation in the above-referenced action.

  2. Mr. Alejandro Brito, lead counsel for the Plaintiffs, has formed the law firm of Brito, PLLC.

  3. A Stipulation of Counsel will be filed with the Court, relieving the law firm of Zarco, Einhorn, Salkowski & Brito P.A. and its individual attorneys from any further responsibility in connection with the representation of Plaintiffs in this matter.

  4. As a result, the undersigned seeks entry of an order allowing the undersigned to

withdraw as counsel of record for the Plaintiffs and relieving the undersigned of all further responsibility in this case.

5. Plaintiffs will continue to be represented by Alejandro Brito, Esq. from the law firm of Brito, PLLC.

### CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1

Pursuant to S.D. Fla. L. R. 7.1(a)(3), the undersigned counsel certifies that on August 25, 2022, he conferred by email with Defendant Ounze Corporate, LLC's counsel, Leon Hirzel, Esq., and Defendants Eduardo Hernandez and Catalina Gamboa Ortega's counsel Nadja A. Prias, Esq., regarding the relief requested in this Motion and Defendants' counsel stated that Defendants have no objection to the Motion and the relief requested herein.

**WHEREFORE**, Michael D. Braunstein, Esq. and Zarco, Einhorn, Salkowski, P.A., respectfully request that the Court enter an Order: (1) granting the Motion to Withdraw as co-counsel for Plaintiffs EL TORO LOCO CHURRASCARIA, LLC and ETLC TRADEMARKS, LLC's, (2) relieving Michael D. Braunstein, Esq. and Zarco, Einhorn, Salkowski & Brito, P.A. of all further responsibility in this case, and (3) granting such further relief as the Court deems just and proper.

Respectfully submitted,

**ZARCO, EINHORN, SALKOWSKI & BRITO P.A.**
*Counsel for Plaintiffs*
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131

By: /s/ *Michael D. Braunstein*
**MICHAEL D. BRAUNSTEIN**
Florida Bar No. 1003845
E-mail: mbraunstein@zarcolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2022 the foregoing was served via the Court's CM/ECF System upon:

| | |
|---|---|
| Andres Dreyfuss, Esq.<br>Hirzel, Dreyfuss & Dempsey, PLLC<br>850 East Oakland Park Blvd.<br>Oakland Park, Florida 33334<br>dreyfuss@hddlawfirm.com<br><br>*Counsel for Ounze Corporate, LLC* | Nadja A. Prias, Esq.<br>Casais & Prias, PLLC<br>2333 Ponce de Leon Blvd<br>Suite 314<br>Coral Gables, Florida 33134<br>nadja@casaislaw.com<br><br>*Counsel for Defendants, Eduardo Hernandez and Catalina Gamboa Ortega* |
| David Rodriguez, Esq.<br>DRodriguez@InsuranceDefense.net<br>Luks, Santaniello, Petrillo, Cohen & Peterfriend<br>150 W. Flagler Street<br>Suite 2600<br>Miami, FL 33130<br>DRodriguez@InsuranceDefense.net<br><br>*Counsel for Ounze Corporate, LLC* | |

/s/ *Michael D. Braunstein*