UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-CV-21811-MGC

EL TORO LOCO CHURRASCARIA, LLC,
a Florida limited liability company,
and ETLC TRADEMARKS, LLC,
a Florida limited liability company,

      Plaintiffs,
v.

OUNZE CORPORATE, LLC, a Florida
limited liability company d/b/a
Ole.Ole Steakhouse, CATALINA
GAMBOA ORTEGA, an individual, and
EDUARDO HERNANDEZ, an individual,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Southern District of Florida Local Rule 16.4(f)(2), the parties hereby advise this Honorable Court that an amicable settlement of all matters and things in dispute between Plaintiff, **EL TORO LOCO CHURRASCARIA** and Defendant, **OUNZE CORPORATE, LLC** has been reached.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2022, a true and correct copy of the foregoing was served upon all counsel on the attached Service List, via the Court's CME/ECF portal.

Case No.: 21-cv-21811-MGC

> LUKS, SANTANIELLO, PETRILLO,
> COHEN & PETERFRIEND
> 150 W. Flagler Street, Suite 2600
> Miami, FL 33130
> Telephone:  (305) 377-8900
> Facsimile:  (305) 377-8901
> Attorneys for Defendant, OUNZE
>
> *By*: */s/ David Rodriguez, Esq.*
> DAN SANTANIELLO, ESQ.
> Florida Bar No.: 860948
> DAVID RODRIGUEZ
> Florida Bar No.: 897698
> LUKSMIA-Pleadings@LS-Law.com

Case No.: 21-cv-21811-MGC

## SERVICE LIST

**Counsel for Plaintiffs**
Alejandro Brito, Esq.
**BRITO, PLLC**
2121 Ponce De Leon Blvd.
Suite 650
Coral Gables, FL  33134
*Abrito@britopllc.com*

**Co-Counsel for Ounze**
Andre Deryfuss, Esq.
Leon F. Hirzel, Esq.
Alec P. Hayes, Esq.
**HIRZEL, DREYFUSS & DEMPSEY, PLLC**
2333 Brickell Ave., Suite A-1
Miami, FL  33129-2497
*Dreyfuss@hddlawfirm.com*;
*Hirzel@hddlawfirm.com*;
*Hayes@hddlawfirm.com*;

**Counsel for Co-Defendants**
Nadja A. Prias, Esq.
Rolando Casais, Jr., Esq.
**CASAIS & PRIAS, PLLC**
200 South Biscayne Blvd., Suie 3150
Miami, FL  33131
*Nadja@casaislaw.com*;
*Rolando@CasaisLaw.com*;